STATE of Louisiana, The Office of the Governor, Division of Administration, Office of Risk Managment

v.

**Patrick RICHARD**

**16–228 consolidated with 16–227**

Court of Appeal of Louisiana, Third Circuit.

Opinions Rendered 11/30/2016

Michael B. Miller, Miller & Associates, P. O. Drawer 1630, Crowley, LA 70527–1630, (337) 785–9500, COUNSEL FOR DEFENDANT/APPELLEE: Patrick Richard

Hon. Jeff Landry, Louisiana Attorney General, Sylvia M. Fordice, Assistant Attorney General, 556 Jefferson St., 4th Floor, Lafayette, La 70501, (337) 262–1700, COUNSEL FOR PLAINTIFF/APPELLANT: STATE OF LOUISIANA, THE OFFICE OF THE GOVERNOR, DIVISION OF ADMINISTRATION, OFFICE OF RISK MANAGMENT

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion and D. Kent Savoie, Judges.

GREMILLION, Judge.

₁₁For the reasons set forth in *Patrick Richard v. State of Louisiana,* 16–227 (La. App. 3 Cir.——/——/——), —— So.3d ——, the judgment of the Workers' Compensation Judge is affirmed in part, as amended, and reversed in part.

**AFFIRMED IN PART, AS AMENDED, REVERSED IN PART.**